THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BENARDI and Others, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JEANNETTE SEIDL, Appellant, v. ATLAS ASSURANCE COMPANY, LTD., OF LONDON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

JOSEPH E. BAER, INC., Respondent, v. FRANK SILK MILLS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARGARET L. DONAHUE, as Committee of the Estate of PETER J. DONAHUE, Incompetent, Appellant, v. HELEN R. MALONEY and NEW YORK LIFE INSURANCE COMPANY, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DAVID M. OLTARSH, Appellant, v. MARGUERITE A. BARKER, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLIAM H. KAISER, Respondent, v. JAMES C. CLEARY and ROBERT G. THACH, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict was against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ESTHER B. BIENSTOCK, Respondent, v. NISTA CONSTRUCTION COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [136 Misc. 480.]

ARNOLD H. PALTROWITZ, an Infant, by IDA H. PALTROWITZ, His Guardian ad Litem, Respondent, v. PETER CAPANI, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EMMA A. PHIPANY, as Administratrix, etc., of JACOB W. PHIPANY, Deceased, Respondent, v. J. S. PACKARD DREDGING COMPANY, Defendant, and SILAS B. AXTELL, Appellant.— Appeal withdrawn on stipulation. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of BERNARD K. MARCUS and SAUL SINGER, Appellants, to Vacate and Quash Alleged Subpœnas Purporting to Have Been Issued by the Attorney-General of the State of New York, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ. [139 Misc. 675.]

FLORENCE JANE FOREMAN v. WINFIELD A. FOREMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that the appeal can be argued on or before March 6, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.